**Eric B. Swartz, ISB #6396**
**JONES & SWARTZ PLLC**
**Landmark Legal Group™**
623 West Hays Street
Boise, ID 83702
Telephone:  (208) 489-8989
Facsimile: (208) 489-8988
Email: eric@jonesandswartzlaw.com

*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF IDAHO

| | |
|---|---|
| JASON BEARD, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>U.S. GEOTHERMAL INC., JOHN H. WALKER, PAUL LARKIN, LELAND MINK, JAMES C. PAPPAS, RANDOLPH J. HILL, ALI HEDAYAT, and DOUGLAS J. GLASPEY,<br><br>Defendants. | Civil Action No. 1:18-cv-131<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)** |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff Jason Beard ("Plaintiff") hereby voluntarily dismisses his individual claims in the above-captioned action (the "Action") with prejudice as to Plaintiff only, and without prejudice as to his claims on behalf of the putative class in the Action.  Because this notice of dismissal is being filed before service by defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon filing of this notice.

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE - 1

Dated: May 16, 2018

                                          JONES & SWARTZ PLLC

                                        */s/ Eric B. Swartz*
                                        Eric B. Swartz
                                        623 W. Hays St.
                                        Boise, ID 83702
                                        Ph. (208) 489-8989
                                        Fax (208) 489-8988

                                        *Attorneys for Plaintiff*

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE - 2